**STATE**

v.

**GARCIA**

20160932

Supreme Court of Utah.

01-30-2017

20141009

374 P.3d 1039

Petition for Writ of Certiorari Granted.

■

**HUTCHINGS**

v.

**LBR CMMN**

20160924

Supreme Court of Utah.

01-30-2017

20150429

378 P.3d 1273

Petition for Writ of Certiorari Denied.

**BENSON**

v.

**LABOR COMMISSION**

20161000

Supreme Court of Utah.

02-07-2017

20160729

Petition for Writ of Certiorari Denied.

**PETERSEN**

v.

**LABOR COMMISSION**

20170054

Supreme Court of Utah.

02-22-2017

20150423

385 P.3d 759

Petition for Writ of Certiorari Denied.